IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE H. SCEPER, | No. CIV S-10-3341-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THAI CAFÉ, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is plaintiff's motion for a default judgment (Doc. 15). Though plaintiff stated on the moving papers that no hearing is requested, the matter has been set for hearing before the undersigned on May 19, 2011, at 10:00 a.m. Because plaintiff does not request any hearing, the May 19, 2011, hearing date is hereby vacated and the motion is submitted on the papers and record.

IT IS SO ORDERED.

DATED: May 18, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1